# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Morgan, Donna S. | U. S. District Court, Eastern District of Louisiana | 12/01/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge - Active Status | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

500 Poydras St., Room C322
New Orleans, LA 70130

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Education Committee of the Louisiana Bar Foundation |
| 2. | Member of the Board of Directors | New Orleans Chapter of the Federal Bar Association |
| 3. | Member | Community Advisory Board for Le Petit Theatre |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 12/01/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | McGlinchey Stafford PLLC - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 12/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Neighbors Federal Credit Union | A | Interest | K | T | | | | | |
| 2. Iberia Bank checking accounts | A | Interest | M | T | | | | | |
| 3. Midland Life Universal Life Policies | | None | | | Closed | 04/30/14 | K | | |
| 4. Royal Dutch Shell A Adrf | | None | | | Sold | 12/16/14 | J | | |
| 5. Transocean Inc | | None | J | T | Buy (add'l) | 03/20/14 | J | | |
| 6. | | | | | Buy (add'l) | 06/19/14 | J | | |
| 7. | | | | | Buy (add'l) | 09/18/14 | J | | |
| 8. | | | | | Buy (add'l) | 12/18/14 | J | | |
| 9. | | | | | Buy (add'l) | 12/22/14 | J | | |
| 10. Apache Corp | A | Int./Div. | J | T | Buy (add'l) | 02/24/14 | J | | |
| 11. | | | | | Buy (add'l) | 05/23/14 | J | | |
| 12. | | | | | Buy (add'l) | 08/25/14 | J | | |
| 13. | | | | | Buy (add'l) | 11/21/14 | J | | |
| 14. | | | | | Buy (add'l) | 11/24/14 | J | | |
| 15. BHP Billiton Adr New | A | Int./Div. | J | T | Buy (add'l) | 03/27/14 | J | | |
| 16. | | | | | Buy (add'l) | 09/24/14 | J | | |
| 17. C H Robinson Worldwide | A | Int./Div. | K | T | Buy (add'l) | 01/02/14 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 12/01/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 04/01/14 | J | | |
| 19. | | | | | Buy (add'l) | 07/01/14 | J | | |
| 20. | | | | | Buy (add'l) | 10/01/14 | J | | |
| 21. Fluor Corporation New | A | Int./Div. | K | T | Buy (add'l) | 01/06/14 | J | | |
| 22. | | | | | Buy (add'l) | 04/03/14 | J | | |
| 23. | | | | | Buy (add'l) | 05/15/14 | J | | |
| 24. | | | | | Buy (add'l) | 07/03/14 | J | | |
| 25. | | | | | Buy (add'l) | 10/03/14 | J | | |
| 26. | | | | | Buy (add'l) | 11/21/14 | J | | |
| 27. Deere & Co | A | Int./Div. | J | T | Buy (add'l) | 02/04/14 | J | | |
| 28. | | | | | Buy (add'l) | 05/02/14 | J | | |
| 29. | | | | | Buy (add'l) | 08/04/14 | J | | |
| 30. | | | | | Buy (add'l) | 11/04/14 | J | | |
| 31. Dover Corporation | A | Int./Div. | J | T | Buy (add'l) | 04/01/14 | J | | |
| 32. | | | | | Buy (add'l) | 06/17/14 | J | | |
| 33. | | | | | Buy (add'l) | 09/16/14 | J | | |
| 34. | | | | | Buy (add'l) | 12/16/14 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 12/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Johnson Controls Inc | A | Int./Div. | J | T | Buy (add'l) | 01/07/14 | J | | |
| 36. | | | | | Buy (add'l) | 04/03/14 | J | | |
| 37. | | | | | Buy (add'l) | 07/03/14 | J | | |
| 38. | | | | | Buy (add'l) | 10/03/14 | J | | |
| 39. Kohls Corp | A | Int./Div. | K | T | Buy (add'l) | 03/27/14 | J | | |
| 40. | | | | | Buy (add'l) | 06/26/14 | J | | |
| 41. | | | | | Buy (add'l) | 09/25/14 | J | | |
| 42. | | | | | Buy (add'l) | 12/26/14 | J | | |
| 43. Bed Bath & Beyond | | None | K | T | Buy (add'l) | 07/31/14 | J | | |
| 44. Molson Coors Brewing Co | A | Int./Div. | K | T | Buy (add'l) | 03/18/14 | J | | |
| 45. | | | | | Buy (add'l) | 06/17/14 | J | | |
| 46. | | | | | Buy (add'l) | 09/16/14 | J | | |
| 47. | | | | | Buy (add'l) | 12/16/14 | J | | |
| 48. C V S Caremark Corp | A | Int./Div. | K | T | Buy (add'l) | 02/04/14 | J | | |
| 49. | | | | | Buy (add'l) | 05/05/14 | J | | |
| 50. | | | | | Buy (add'l) | 08/04/14 | J | | |
| 51. | | | | | Buy (add'l) | 11/04/14 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 12/01/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Sysco Corporation | A | Int./Div. | K | T | Buy (add'l) | 01/27/14 | J | | |
| 53. | | | | | Buy (add'l) | 04/28/14 | J | | |
| 54. | | | | | Buy (add'l) | 07/28/14 | J | | |
| 55. | | | | | Buy (add'l) | 10/27/14 | J | | |
| 56. Becton Dickinson & Co | A | Int./Div. | K | T | Buy (add'l) | 01/02/14 | J | | |
| 57. | | | | | Buy (add'l) | 04/01/14 | J | | |
| 58. | | | | | Buy (add'l) | 07/01/14 | J | | |
| 59. | | | | | Buy (add'l) | 10/01/14 | J | | |
| 60. Express Scripts Inc | | None | K | T | | | | | |
| 61. Unitedhealth Group Inc | A | Int./Div. | K | T | Buy (add'l) | 03/26/14 | J | | |
| 62. | | | | | Buy (add'l) | 06/26/14 | J | | |
| 63. | | | | | Buy (add'l) | 09/24/14 | J | | |
| 64. | | | | | Buy (add'l) | 12/17/14 | J | | |
| 65. Teva Pharm Inds Ltd Adrf | A | Int./Div. | K | T | | | | | |
| 66. Bank of New York Mellon C | A | Int./Div. | K | T | Buy (add'l) | 02/10/14 | J | | |
| 67. | | | | | Buy (add'l) | 05/08/14 | J | | |
| 68. | | | | | Buy (add'l) | 08/11/14 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 12/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Buy<br>(add'l) | 11/10/14 | J | | |
| 70.   Wells Fargo & Co New | A | Int./Div. | K | T | Buy<br>(add'l) | 03/04/14 | J | | |
| 71. | | | | | Buy<br>(add'l) | 06/03/14 | J | | |
| 72. | | | | | Buy<br>(add'l) | 09/03/14 | J | | |
| 73. | | | | | Buy<br>(add'l) | 12/02/14 | J | | |
| 74.   A F L A C Inc | A | Int./Div. | K | T | Buy<br>(add'l) | 03/04/14 | J | | |
| 75. | | | | | Buy<br>(add'l) | 06/03/14 | J | | |
| 76. | | | | | Buy<br>(add'l) | 09/03/14 | J | | |
| 77. | | | | | Buy<br>(add'l) | 11/21/14 | J | | |
| 78. | | | | | Buy<br>(add'l) | 12/02/14 | J | | |
| 79.   H C P Inc | A | Int./Div. | K | T | Buy<br>(add'l) | 02/26/14 | J | | |
| 80. | | | | | Buy<br>(add'l) | 05/28/14 | J | | |
| 81. | | | | | Buy<br>(add'l) | 08/27/14 | J | | |
| 82. | | | | | Buy<br>(add'l) | 11/26/14 | J | | |
| 83.   Cisco Systems Inc | A | Int./Div. | K | T | Buy<br>(add'l) | 01/23/14 | J | | |
| 84. | | | | | Buy<br>(add'l) | 04/24/14 | J | | |
| 85. | | | | | Buy<br>(add'l) | 07/24/14 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 12/01/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 10/23/14 | J | | |
| 87. Visa Inc Class A | A | Int./Div. | K | T | Buy (add'l) | 03/05/14 | J | | |
| 88. | | | | | Buy (add'l) | 06/04/14 | J | | |
| 89. | | | | | Buy (add'l) | 09/04/14 | J | | |
| 90. | | | | | Buy (add'l) | 12/03/14 | J | | |
| 91. Western Union Company | A | Int./Div. | J | T | Buy (add'l) | 01/02/14 | J | | |
| 92. | | | | | Buy (add'l) | 04/01/14 | J | | |
| 93. | | | | | Buy (add'l) | 07/01/14 | J | | |
| 94. | | | | | Buy (add'l) | 10/01/14 | J | | |
| 95. Cognizant Tech Sol Cl A | | None | K | T | Buy (add'l) | 05/15/14 | J | | |
| 96. Oracle Corporation | A | Int./Div. | K | T | Buy (add'l) | 01/29/14 | J | | |
| 97. | | | | | Buy (add'l) | 04/30/14 | J | | |
| 98. | | | | | Buy (add'l) | 07/31/14 | J | | |
| 99. | | | | | Buy (add'l) | 10/30/14 | J | | |
| 100. A T & T New | A | Int./Div. | J | T | Buy (add'l) | 02/04/14 | J | | |
| 101. | | | | | Buy (add'l) | 05/02/14 | J | | |
| 102. | | | | | Buy (add'l) | 08/04/14 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $100,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 12/01/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 11/04/14 | J | | |
| 104.   Entergy Corp New | A | Int./Div. | J | T | Buy (add'l) | 03/04/14 | J | | |
| 105. | | | | | Buy (add'l) | 06/03/14 | J | | |
| 106. | | | | | Buy (add'l) | 09/03/14 | J | | |
| 107. | | | | | Buy (add'l) | 12/02/14 | J | | |
| 108.   Exelon Corporation | A | Int./Div. | J | T | Buy (add'l) | 03/11/14 | J | | |
| 109. | | | | | Buy (add'l) | 06/11/14 | J | | |
| 110. | | | | | Buy (add'l) | 09/11/14 | J | | |
| 111. | | | | | Buy (add'l) | 12/11/14 | J | | |
| 112.   Bank of India CD | | None | | | Sold | 07/02/14 | K | A | |
| 113.   Amer Exp Cent Bk | | None | | | Sold | 12/16/14 | K | A | |
| 114.   Ally Bk Gmac | A | Int./Div. | J | T | | | | | |
| 115.   Ally Bank CD | A | Int./Div. | K | T | | | | | |
| 116.   Salle Mae Bank CD | A | Int./Div. | K | T | | | | | |
| 117.   Bank of Baroda CD | A | Int./Div. | K | T | | | | | |
| 118.   Discover Bank CD | A | Int./Div. | K | T | | | | | |
| 119.   BMW Bank North America C | A | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  GE Cap Bk Instl CD | A | Int./Div. | J | T | | | | | |
| 121.  GE Cap Retail Bank | A | Int./Div. | J | T | | | | | |
| 122.  CIT Bank CD | A | Int./Div. | K | T | | | | | |
| 123.  Schwab Govt Money Fund | A | Interest | M | T | | | | | |
| 124.  Schwab Money Market Fund | A | Interest | M | T | | | | | |
| 125.  Knowles Corp | B | Int./Div. | | | Sold<br>(part) | 03/03/14 | J | A | |
| 126. | | | | | Sold | 12/12/14 | J | | |
| 127.  Halliburton Co Hldg Co | A | Int./Div. | J | T | Buy | 01/14/14 | J | | |
| 128. | | | | | Buy | 03/27/14 | J | | |
| 129. | | | | | Buy | 06/26/14 | J | | |
| 130. | | | | | Buy | 09/25/14 | J | | |
| 131. | | | | | Buy | 12/29/14 | J | | |
| 132.  Nucor Corp | A | Int./Div. | J | T | Buy | 03/26/14 | J | | |
| 133.  Pepsico Incorporated | A | Int./Div. | K | T | Buy | 01/14/14 | J | | |
| 134. | | | | | Buy | 04/01/14 | J | | |
| 135. | | | | | Buy | 07/01/14 | J | | |
| 136. | | | | | Buy | 10/01/14 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 12/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  Berkshire Hathaway Cl B | | None | K | T | Buy | 01/14/14 | J | | |
| 138.  Apple Computer Inc. | A | Int./Div. | K | T | Buy | 03/26/14 | J | | |
| 139.  Vodafone Group Plc | A | Int./Div. | J | T | Buy | 11/21/14 | J | | |
| 140.  ITC Holding Corp | A | Int./Div. | J | T | Buy | 03/26/14 | J | | |
| 141.  Kinder Morgan Inc. | B | Int./Div. | K | T | Buy | 04/28/14 | J | | |
| 142. | | | | | Sold (part) | 12/02/14 | J | A | |
| 143.  United Technologies Corp | A | Int./Div. | J | T | Buy | 12/22/14 | J | | |
| 144.  TJX Cos Inc | A | Int./Div. | K | T | Buy | 05/15/14 | J | | |
| 145. | | | | | Buy | 09/05/14 | J | | |
| 146. | | | | | Buy | 12/05/14 | J | | |
| 147.  Urban Outfitters Inc. | | None | J | T | Buy | 05/27/14 | J | | |
| 148.  Fossil Group Inc. | | None | J | T | Buy | 05/27/14 | J | | |
| 149.  Amgen Incorporated | A | Int./Div. | K | T | Buy | 05/15/14 | J | | |
| 150. | | | | | Buy | 09/08/14 | J | | |
| 151. | | | | | Buy | 12/08/14 | J | | |
| 152.  Baxter International Inc. | A | Int./Div. | J | T | Buy | 04/28/14 | J | | |
| 153.  PNC Finl Services Gp Inc | A | Int./Div. | J | T | Buy | 04/28/14 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 12/01/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. UPS of America | B | Int./Div. | K | T | Buy | 07/31/14 | K | | |
| 155. Boeing Company | B | Int./Div. | K | T | Buy | 07/31/14 | K | | |
| 156. Goldman Sachs Bank CD | B | Int./Div. | L | T | Buy | 07/30/14 | K | | |
| 157. | | | | | Buy | 08/28/14 | K | | |
| 158. | | | | | Buy | 11/25/14 | J | | |
| 159. | | | | | Buy | 12/22/14 | K | | |
| 160. GE Capital Bank CD | A | Int./Div. | K | T | Buy | 11/25/14 | J | | |
| 161. International Business Machines | | None | | | Buy | 01/14/14 | J | | |
| 162. | | | | | Buy | 03/11/14 | J | | |
| 163. | | | | | Buy | 06/11/14 | J | | |
| 164. | | | | | Buy | 09/11/14 | J | | |
| 165. | | | | | Sold | 11/06/14 | J | | |
| 166. National Oilwell Varco | | None | | | Buy | 03/26/14 | J | | |
| 167. | | | | | Sold | 03/28/14 | J | A | |
| 168. Norfolk Southern Corp | | None | | | Buy | 04/28/14 | J | | |
| 169. | | | | | Sold | 10/08/14 | J | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Morgan, Donna S. | 12/01/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII, LINE 125:

ON FEBRUARY 6, 2014 DOVER CORPORATION ANNOUNCED THAT ITS BOARD OF DIRECTORS FORMALLY APPROVED THE SEPARATION OF KNOWLES CORPORATION FROM DOVER THROUGH A DISTRIBUTION OF ALL OF THE COMMON STOCK OF KNOWLES HELD BY DOVER TO DOVER SHAREHOLDERS. ON THE DISTRIBUTION DATE, DOVER STOCKHOLDERS RECEIVED ONE SHARE OF KNOWLES COMMON STOCK FOR EVERY TWO SHARES OF DOVER COMMON STOCK HELD AS OF THE RECORD DATE. THE KNOWLES CORPORATION STOCK LISTED IN PART VII, LINE 125, WAS PREVIOUSLY REPORTED AS DOVER CORPORATION ON THE 2013 FINANCIAL DISCLOSURE REPORT.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Donna S. Morgan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544